

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00246-CV

| | | |
|---|---|---|
| In the Matter of C.P. | § | From County Court at Law No. 1 |
| | § | of Wichita County (38693-LR-D) |
| | § | October 23, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we remand the case to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM